CHESTER A. BRAMAN et al., Copartners under the Firm Name of A. D. JUILLIARD & Co., Respondents, *v.* THE CAPITOL WOOLEN Co., INC., Appellant.

*Contract — sale — rescission — action to recover for goods alleged to have been sold and delivered — defense that goods were not in accordance with description or sample.*

*Braman* v. *Capitol Woolen Co., Inc.*, 198 App. Div. 1001, affirmed.

(Argued November 28, 1922; decided December 12, 1922.) .

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1921, affirming a judgment in favor of plaintiffs entered upon a verdict. The complaint states a cause of action for goods sold and delivered in the sum of $10,507.40. The answer admitted the sale and the delivery of goods and non-payment. It alleged by way of affirmative defense that the goods were purchased by description and by sample; that they were not in accordance with the description or the sample, by reason of which the contract of sale was rescinded and the return of the goods tendered.

*Charles J. McDermott, Lazarus Goldstone* and *Arthur D. Fisher* for appellant.

*Max D. Steuer* and *Irving D. Lipkowitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J.

---

LOUIS GOLD, Appellant, *v.* LOUIS ROSS, Respondent.

*Bills, notes and checks — loan — action on promissory notes and for money loaned — release.*

*Gold* v. *Ross*, 195 App. Div. 721, affirmed.

(Argued November 28, 1922; decided December 12, 1922.)

APPEAL from a judgment, entered March 17, 1921, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The complaint alleged two